PHONOMETRICS, INC.,
Plaintiff–Appellant,

and

John P. Sutton, Sanctioned
Party–Appellant,

v.

HOLIDAY INNS, INC. and Inter–
Continental Hotels Corp.,
Defendants–Appellees,

and

Four Seasons Hotels, Inc.,
Defendant–Appellee,

and

interstate hotels corporation (also
known as Interstate Hotels,
LLC), Defendant–Appellee,

and

Hospitality Franchise Systems, Inc. (also known as Cendant Corporation), Benchmark Hospitality, Inc., Grosvenor Hotels Group, Fairmont Hotel Management Co., Park Lane Hotels International, and Rhi Hotels, Inc., Defendants.

Nos. 03–1290, 03–1291, 03–1292.

United States Court of Appeals,
Federal Circuit.

Nov. 14, 2003.

Before MAYER, Chief Judge, NEWMAN, MICHEL, LOURIE, CLEVENGER, RADER, SCHALL, BRYSON, LINN, DYK, and PROST, Circuit Judges.[1]

*ORDER*

Phonometrics, Inc. ("Phonometrics") files a combined petition for panel rehearing and rehearing en banc of the motions panel order issued on September 3, 2003. The court invited a response, and a joint response was filed by RHI Hotels, Inc., Fairmont Hotel Management Company, Grosvenor Hotels Group, Benchmark Hospitality, Inc., and Cendant Corporation (collectively "Defendants"). Phonometrics moved for leave to file a reply to the Defendants' joint response.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Phonometrics petition for panel rehearing is denied.

(2) Phonometrics petition for rehearing en banc is denied.

(3) Phonometrics motion for leave to file the reply is denied.